**IN the INTEREST OF: J.J.**

**Petition of: J.J.**

**No. 626 MAL 2016**

Supreme Court of Pennsylvania.

January 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Troy D. POSEY, Petitioner**

**No. 591 MAL 2016**

Supreme Court of Pennsylvania.

January 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Warren D. ANDERSON, Petitioner**

**No. 563 MAL 2016**

Supreme Court of Pennsylvania.

January 17, 2017

## ORDER

PER CURIAM

**AND NOW,** this 17th day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**